FILED
08 MAY -6 PM 4:19
[CLERK STAMP]

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LACY WINZER,

   Plaintiff,

vs.

BILL CURRY, Warden,

   Defendant.

CASE NO. CV 08 2341 PJH (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Lacy Winzer, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____N/A____  Net: ____N/A____

Employer: ____N/A____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                 Yes ___  No ✓
10         self employment
11    b.   Income from stocks, bonds,              Yes ___  No ✓
12         or royalties?
13    c.   Rent payments?                          Yes ___  No ✓
14    d.   Pensions, annuities, or                 Yes ___  No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,      Yes ___  No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                          Yes ___  No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____       7½

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

5. Do you own or are you buying a home?   Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $_____

Do you own any cash? Yes ___ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8. What are your monthly expenses?

Rent: $ N/A   Utilities: —

Food: $ N/A   Clothing: —

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ — | $ — |
| — | $ — | $ — |
| — | $ — | $ — |

9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do **not** include account numbers.)
3  _____N/A_____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____   No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16   *April 23, 2008*                    *Lacy Winzer*
17       DATE                        SIGNATURE OF APPLICANT

E-filing CV Case Number: _____ 2341

PJH

(PR)

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____Lacy Winzer_____ for the last six months at Correctional Training Facility, Soledad, Ca. 93960

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____

[Authorized officer of the institution]

9

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached is a true and correct copy of the prisoner's trust account statement showing transactions of

_____Winzer, Lacy_____ for the last six months
(prisoner name)

at **CORRECTIONAL TRAINING FACILITY-SOLEDAD** where
(name of institution)

(s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were

$ __2.63__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __1.67__.

Dated: __5/1/08__    __Yolanda Chavez, Acct 1 Specialist__
Authorized officer of the institution

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust Office



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 5/1/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY __Yolanda Chavez, Acct 1 Specialist__
TRUST OFFICE

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ____Lacy Winzer_____ for the last six months at  Correctional Training Facility, Soledad, Ca. 93960

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____

[Authorized officer of the institution]

9

```
REPORT ID: TS3030  .701                                              REPORT DATE: 05/01/08
                                                                     PAGE NO:         1
                            CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 CTF SOLEDAD/TRUST ACCOUNTING
                                 INMATE TRUST ACCOUNTING SYSTEM
                                 INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: DEC. 02, 2007 THRU MAY 01, 2008

ACCOUNT NUMBER  : T86160                       BED/CELL NUMBER: NOLAT3000000315U
ACCOUNT NAME    : WINZER, LACY                 ACCOUNT TYPE:    I
PRIVILEGE GROUP : B

                            TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE  DESCRIPTION       COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----     ----  -----------       -------    ---------   --------   -----------   -------
12/02/2007     BEGINNING BALANCE                                                    0.00

ACTIVITY FOR 2008
01/03*DD30 CASH DEPOSIT          2033 68871               4.50                      4.50
01/14 FC02 DRAW-FAC 2            2196 U-I                              4.50         0.00
01/28*DD30 CASH DEPOSIT          2390 68697              11.25                     11.25
02/19 FR01 CANTEEN RETUR         702652                                4.50-       15.75
02/19 FC03 DRAW-FAC 3            2667 UII                             15.75         0.00

                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/28/03                      CASE NUMBER: H32455
COUNTY CODE:    ALA                           FINE AMOUNT: $      2,400.00

DATE      TRANS.      DESCRIPTION                    TRANS. AMT.              BALANCE
----      ------      -----------                    -----------              -------
12/02/2007  BEGINNING BALANCE                                                2,275.40
01/03/08    DR30      REST DED-CASH DEPOSIT             5.00-                2,270.40
01/28/08    DR30      REST DED-CASH DEPOSIT            12.50-                2,257.90

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                            TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL          TOTAL          CURRENT       HOLDS       TRANSACTIONS
BALANCE        DEPOSITS       WITHDRAWALS    BALANCE       BALANCE     TO BE POSTED
---------      --------       -----------    -------       -------     ------------
  0.00          15.75          15.75          0.00          0.00           0.00

                                                                  CURRENT
                                                                 AVAILABLE
                                                                  BALANCE
                                                                 ---------
                                                                    0.00
```

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 5/1/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Asst / Specialist
    TRUST OFFICE