1  Lacy Winger - In Pro Per (Written by Joe Hay, J82547)
2  P.O. Box 705; LA315U
   Soledad, Ca. 93960-0705

FILED
08 AUG 11 AM 8:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In The United States District Court
For The Northern District Of California
San Francisco Division

Lacy Winger,
           Petitioner,

   v.

Bill Curry, Warden,
           Respondent.

No. C 08-2341 PJH (PR)

Application For Extension
Of Time

1. To file: Petitioners' Traverse    To: October 24, 2008

2. I need more time for the following reasons: I personally have not the education or ability to prosecute my case. I feel my constitutional rights have been violated, so I enlisted the help of Joe Hay to file my Federal Habeas Corpus. This is not the Courts problem, but Mr. Hay has vision impairments under ADA (1845-DPV), yet he is good with comprehending some law. Without him I will be unable to litigate my appeal.

3. We received the Courts "Order Granting... Forma Pauperis... and... To Show Cause," on, or around May 28, 2008 (Filed May 22, 08).

4. Petitioner received Respondents "Return," on, or around July 24, 2008.

5. Besides Mr. Hays obvious disability and his steadfast resolve to help me file my 'Traverse,' North Facility at CTF had a 'Riot' between Blacks and Southern Hispanics on May 30, 2008. We Are On Lockdown! Getting to the law library to do meaningful research; quickly read and digest the voluminous case law cited by the respondent, etc, is

virtually impossible!

6. Coupled with the above facts, everything on A-Yard, where Mr. Winzer and Hay reside is on a 'Compounded Lockdown' due to a massive search being conducted by the Warden's Office because of a recent escape attempt at Central Facility!

7. At the writing of this 'Application' Mr. Hay is using magnifiers writing a response 'Traverse' to the best of his ability. He, and I, however, need more time (extra in fact) to review, prepare, and consult the various matters with each other!

8. Petitioner prays this Honorable Court will issue an Order allowing him an Extension of Time to October 24, 2008!

I declare under penalty of perjury that the foregoing is True and Correct. Executed at Soledad, California, on ~~July 31, 2008~~ August 3, 2008

Respectfully submitted,

Lacy Winzer

CC: Attorney General of Calif.
Prison Law Office File
File

Proof Of Service

I am residing in CTF, County of Monterey, State of California. I am over the age of 18 and not a party to the within action. My address is CTF, P.O. Box 705; F.D. 802, Soledad, Ca. 93960-0705.

On August 1, 2008, I served the foregoing documents described as Application For Extension of Time on the following:

Attorney General of The State of California
Attn: B. Wong
455 Golden Gate Ave, Suite 11000
San Francisco, CA. 94102-7004

I placed three copies of the foregoing document in sealed envelopes addressed as stated, with postage thereon fully prepaid, in the CTF mail at Soledad, Ca.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 3, 2008, at Soledad, Ca.

Joe Hay                                    JOE HAY

Mr. Davis, Nay J72547
77F, P.O. Box 705, F.B. 801
Soledad, Ca. 93960-0705

Case No. C 08-2341 PJH (PR)

Legal Mail

United States District Court
Northern District/U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA. 94102-3483

USPS $00.59 AUG 04 2008 MAILED FROM ZIP CODE 93960

c/o J. Stout

Legal Mail

Legal Mail

STATE PRISON CORRECTIONAL TRAINING FACILITY

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.00°
02 1M
0004229613
MAILED FROM ZIP CODE 93960